UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

EMILIO A GONZALEZ
MARITZA GONZALEZ

DEBTORS_____/

CASE NO.: 12-20919-BKC-RAM
PROCEEDING UNDER CHAPTER 13

### TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on    SEP - 5 2017    .

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
☐ Adisley Cortez-Rodriguez, Esq.
  FLORIDA BAR NO: 0091727
☐ Amy Carrington, Esq.
  FLORIDA BAR NO: 101877
☒ Jose Ignacio Miceli, Esq.
  FLORIDA BAR NO: 0077539

```
07/17/2017 MON 11:12    FAX                                              001
```

```
*********************
*** FAX TX REPORT ***
*********************

             TRANSMISSION OK

JOB NO.                  1320
DESTINATION ADDRESS      13056703951
SUBADDRESS
DESTINATION ID           Poe
ST. TIME                 07/17 11:11
TX/RX TIME               00'58
PGS.                     2
RESULT                   OK
```

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
## Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, FL 33027
(954) 443-4402
Fax (954) 443-4452

DATE:  _7.17.17_

TO:    _James Poe, Esq._

FROM:  _KAREN BEST, CLOSING AUDITOR_

RE:    _12-20919 Gonzalez_

This case is about to close. The closing audit has revealed the following problems which must be resolved before our office can recommend a discharge. Please contact your client and inform them if applicable. Your prompt attention to this matter is appreciated. *

_Confirmed 5 Amended Plan does not fund. (See Attached) Please modify plan._