**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                Case No:  12-20919-RAM
                                                                      Chapter   13

Emilio Gonzalez
Maritza Gonzalez


              Debtor(s)
_____/

## MOTION TO REINSTATE CASE UNDER MODIFIED CHAPTER 13 PLAN AND FOR EXTENTION OF TIME TO FINISH PLAN

         COMES NOW, Debtor, by and through the undersigned counsel and moves this Honorable Court to *Reinstate the instant case under Modified Chapter 13 Plan and for Extension of Time to Finish Plan*, and as grounds therefore state(s):

    1.      On May 2, 2012, the Debtor(s) filed a Chapter 13 Petition.

    2.      On September 28, 2017, the Chapter 13 was dismissed.

    3.      The case was dismissed for failure to amend the Confirmed plan to fund properly.

    4.      The confirmed plan did not contain a proper payment for months 7 to 60 which consequently leaves a balance due and owing at the end the plan.

         WHEREFORE, for the above stated reasons, Debtor respectfully requests this Honorable Court to Reinstate the Chapter 13 Case.

         I CERTIFY, that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### Certificate of Compliance with Local Rule  9013-1(E)
         Counsel for debtor certifies that he is holding sufficient funds required to be paid under the plan and said funds are in the attorney's trust accent or being held in the form of a cashier's check.

### Certificate of Service and Certificate of Compliance with Local Rule 9073-1(D)

         I CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail to all creditors on the below matrix list on this 28th day of  December, 2017.

                                            James Alan Poe, p.a.
                                            Attorney for Debtors
                                            9500 S. Dadeland Blvd., Suite 610
                                            Miami, FL 33156   (305)670-3950
                                            By:  _____/S/_____
                                                  James A. Poe, Esq.    F.B.N. 107956

**Service List**

1st Financial Bk Usa |363 W Anchor Dr|Dakota Dunes, SD 57049
Ally Financial |200 Renaissance Ctr|Detroit, MI 48243
American Express |c/o Becket and Lee LLP|Po Box 3001|Malvern, PA 19355
Bank Of America |4060 Ogletown/Stanton Rd|Newark, DE 19713
Bank Of America |Attn: Bankruptcy NC4-105-03-14|Po Box 26012|Greensboro, NC 27410
Birks And Mayor/cbsd
Capital One, N.a. |C/O American Infosource|Po Box 54529|Oklahoma City, OK 73154
Chase |Attn: Bankruptcy Dept|Po Box 15298|Wilmington, DE 19850
Chase |Po Box 15298|Wilmington, DE 19850
Chrysler Financial |5225 Crooks Rd Ste 140|Troy, MI 48098
Citibank Sd, Na |Attn: Centralized Bankruptcy|Po Box 20507|Kansas City, MO 64195
Citifinancial Retail Services |Citifinancial/Attn: Bankruptcy Dept|1111 Northpoint Dr|Coppell, TX 75019
Department Stores National Bank/Bloomingdales |Bankruptcy Processing|Po Box 8053|Mason, OH 45040
Department Stores National Bank/Macys |Bankruptcy Processing|Po Box 8053|Mason, OH 45040
Discover Bank |DB Servicing Corporation|PO Box 3025|New Albany, OH 43054-3025
Discover Fin |Attention: Bankruptcy Department|Po Box 3025|New Albany, OH 43054
Dsnb Bloom |Bloomingdale's Bankruptcy|Po Box 8053|Mason, OH 45040
GMAC |Attention: Bankruptcy Dept.|1100 Virginia Drive|Fort Washington, PA 19034
Gemb/elorado Furniture |Po Box 981127|El Paso, TX 79998
Gemb/jcp |Attention: Bankruptcy|Po Box 103104|Roswell, GA 30076
Hsbc Bank |Attn: Bankruptcy|Po Box 5253|Carol Stream, IL 60197
Hsbc/rs |Attn: Bankruptcy|Po Box 5263|Carol Stream, IL 60197
IRS |Honorable Michael B. Mukasey|Attorney General of the US|950 Pennsylvania Ave, Rm 4400|Washington, DC 20530
Kohls |Attn: Recovery Dept|Po Box 3120|Milwaukee, WI 53201
Macys/fdsb |Attn: Bankruptcy|Po Box 8053|Mason, OH 45040
National City Bank |Po Box 5570|Locbr-Yb58-01-3 Bankruptcy|Cleveland, OH 44101
 Office of the US Trustee |51 S.W. 1st Ave.|Suite 1204|Miami, FL 33130
Prsm/cbsd |Po Box 6497|Sioux Falls, SD 57117
Quantum3 Group LLC as agent for |World Financial Network Bank|PO Box 788|Kirkland, WA 98083-0788
Sears/cbsd |701 East 60th St N|Sioux Falls, SD 57117
Sears/cbsd |Po Box 6189|Sioux Falls, SD 57117
Superior/sst |4315 Pickett Rd|Saint Joseph, MO 64503
Tdrcs/mayors Jewelers
Us Bank Home Mortgage |Attn: Bankruptcy Dept|Po Box 5229|Cincinnati, OH 42304
Us Bank/na Nd |101 5th St E Ste A|St Paul, MN 55101
Us Dept Of Education |Attn: Borrowers Service Dept|Po Box 5609|Greenville, TX 75403
Victoria's Secret |Po Box 182124|Columbus, OH 43218
Visdsnb |Attn: Bankruptcy|Po Box 8053|Mason, OH 45040
Wash Mutual/Providian |Attn: Bankruptcy Dept|Po Box 15298|Wilmington, DE 19850
Wffnatbank |Bankruptcy|4137 121st St|Urbandale, IA 50323
Wffnb Retail |Po Box 94498|Las Vegas, NV 89193
Wffnb/rooms To Go |Po Box 94498|Las Vegas, NV 89193
Wyrhsr Mtg |3815 South West Temple|Salt Lake City, UT 84115
Emilio A Gonzalez |6201 SW 131 Ct #201|Miami, FL 33183
Maritza Gonzalez |6201 SW 131 Ct #201|Miami, FL 33183
Nancy N Herkert |www.ch13herkert.com|POB 279806|Miramar, FL 33027